Hon. James L. Robart

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11   CLAUDE KARAM,

No. 2:20-cv-01435-JLR

12          Plaintiff,

13   v.

STIPULATED MOTION TO FILE
THE ADMINISTRATIVE
RECORD UNDER SEAL AND
[PROPOSED] ORDER

14   HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

NOTE ON MOTION CALENDAR:
December 16, 2020

15          Defendant.

16

17

18

19          For good cause, the parties respectfully move the Court to grant their

20   stipulated motion to allow the Administrative Record to be filed under seal.

21   **STIPULATED MOTION TO FILE THE ADMINISTRATIVE RECORD**

22   **UNDER SEAL**

23          1.     In light of COVID-19 precautionary measures, the parties elected to

24   satisfy their meet and confer requirement by teleconference, conducted on

25   December 1, 2020. The participants at this conference were: a) Jesse Cowell,

26   Attorney for Plaintiff; and b) Sarah Swale, Attorney for Defendant.

STIPULATED MOTION TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1

2.    First, Plaintiff submits, and Defendant does not dispute for purposes of this case only, that a motion to seal the Administrative Record ("AR" or "Administrative Record") is justified in this case, because it involves a dispute over Plaintiff's eligibility for long-term disability ("LTD") benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001, *et seq.* ("ERISA"). This LTD benefits case is analogous to Social-Security Appeals, in that the Administrative Record contains highly sensitive medical information, protected under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Plaintiff asserts that, like Social-Security Appeals, the Plaintiff's privacy interests far outweigh the public interest in access to the files. Therefore, just as the public is limited to accessing files in Social-Security Appeals under FRCP 5.2(c), Plaintiff asserts that this motion to file the AR under seal is justified in this LTD benefits case.  In the interest of efficiency, and to avoid unnecessary motions practice, Defendant agrees to filing the AR under seal in this matter. In doing so, Defendant does not waive its right to assert in any other matter, ERISA or otherwise, that the AR should not be filed under seal.

3.    Second, the parties agree that a motion to seal is far more economical, from both a human and financial resource perspective, than the alternative of redacting the Administrative Record. More specifically, the AR produced by Defendant will likely number in the thousands of pages and is peppered throughout with numerous references to Plaintiff's social security number and date of birth, which would plainly require considerable time and effort to redact. Further, given Plaintiff's assertion of the minimal public interest in accessing the highly sensitive medical information of the Plaintiff that comprises a significant portion of the Administrative Record, the parties

STIPULATED MOTION TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL. 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

respectfully submit that the expense and burden of redaction outweighs the far more economical option of simply filing the AR under seal in this matter.

4.      Finally, given inefficiencies and added burdens affecting attorneys and support staff for both parties due to the COVID-19 pandemic, the parties are seeking relief from a potentially demanding redaction process to conserve their already strained resources. The parties respectfully submit that the ready and mutually agreeable alternative of filing the AR under seal will assist the parties in doing so.

5.      Pursuant to LCR 5(g)(3)(A), the parties certify that:

A.      The conferencing details noted above are true and correct.

B.      The need to file the Administrative Record was discussed with particular emphasis on: 1) Plaintiff's assertion that HIPAA privacy considerations outweigh the public interest in this LTD benefits case, as analogous to FRCP 5.2(c) treatment of Social-Security Appeals; and 2) undue burdens implicated by the alternative of redacting an Administrative Record numbering in the thousands of pages, especially in the midst of the COVID-19 pandemic.

C.      Attempts to minimize the amount of material filed under seal would be impractical and unduly burdensome, since the Administrative Record is principally composed of either: 1) the highly sensitive medical records of Plaintiff; or 2) discussion of such highly sensitive information in the context of LTD benefits determinations. Further, the portions that would need to be redacted if they are not filed under seal are peppered over thousands of pages throughout the entire AR. The parties understand that FRCP 5.2(c) limits public access to the entire electronic files of analogous Social-Security Appeals for similar reasons.

STIPULATED MOTION TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL. 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 3

D.      Redaction appears to be the only alternative to filing under seal. And the parties agree that filing under seal is the better alternative for the reasons specifically given above.

6.      Pursuant to LCR 5(g)(3)(B), the parties agree for purposes of this case only, and counsel provides the following declaration briefly describing discussion that:

A.      By close analogy, FRCP 5.2(c) provides an applicable legal standard for filing the Administrative Record under seal.

B.      More specifically, just as public access is limited to the highly sensitive medical information which permeates the files of Social-Security Appeals under FRCP 5.2(c), Plaintiff asserts that the legitimate privacy interest of Plaintiff under the HIPAA in protecting highly sensitive medical information within this LTD benefits case far outweighs any legitimate public interest in free and unfettered access, thereby warranting the relief of the Court's allowance to file the Administrative Record under seal. In the interest of efficiency, and to avoid unnecessary motions practice, Defendant agrees to filing the AR under seal in this matter. In doing so, Defendant does not waive its right to assert it any other matter, ERISA or otherwise, that the AR should not be filed under seal.

C.      The injury that will result if the stipulated motion is not granted is twofold: 1) Plaintiff asserts, and Defendant does not dispute for purposes of this case only, that Plaintiff's highly sensitive medical information would be unnecessarily available to public access, in likely violation of the HIPAA, which could also create irreparable harm by misuse of such information by private persons and the publication of such information; and 2) the parties would incur high and potentially

STIPULATED MOTION TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL. 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

unnecessary expenditures of financial and human resources through the alternative of redaction at a time of c continuing national crisis, when both parties can ill afford to waste time and money.

      D.    The less restrictive alternative of redaction is not sufficient, for the unduly burdensome reasons noted above.

In conclusion, for the reasons provided, the parties respectfully move the Court to grant the stipulated motion to file the AR under seal.

Respectfully submitted this 16th day of December, 2020.

ROY LAW GROUP

*s/ Jesse Cowell*
Jesse Cowell, WSBA 50725
Roy Law Group
1000 S.W. Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
FAX: 855.344.1726
jesse@roylawgroup.com
Attorneys for Plaintiff

JENSEN MORSE BAKER PLLC

*s/ Sarah E. Swale*
Sarah E. Swale, WSBA 29626
Jensen Morse Baker PLLC
1809 Seventh Avenue, Suite 410
Seattle, WA 98101
PH: 206.682.1644
FAX: 206.682.1496
sarah.swale@jmblawyers.com
Attorneys for Defendant

STIPULATED MOTION TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL  503-206-4313
FAX 855-344-1726
www.roylawgroup.com

# ~~[PROPOSED]~~ ORDER

Based on the Stipulated Motion to File the Administrative Record under Seal, it is hereby ORDERED that the stipulated motion is granted for good cause shown and the parties shall now file the Administrative Record under seal.

DATED:    December 17, 2020.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

ROY LAW GROUP

By: _s/ Jesse Cowell_____
    Jesse Cowell, WSBA 50725
Attorney for Plaintiff

JENSEN MORSE BAKER PLLC

By: _s/ Sarah E. Swale_____
    Sarah E. Swale, WSBA 29626
Attorney for Defendant

STIPULATED MOTION TO FILE THE ADMINISTRATIVE
RECORD UNDER SEAL

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL. 503-206-4313
FAX 855-344-1726
www.roylawgroup.com